**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6566**

---

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

PHILIP MANGLITZ,

                                        Defendant - Appellant.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Herbert N. Maletz, Senior Judge, sitting
by designation.  (CR-95-314-S, CA-99-2997-HNM)

---

Submitted:  August 24, 2000          Decided:  August 30, 2000

---

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Philip Manglitz, Appellant Pro Se.  Richard Charles Kay, OFFICE OF
THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Philip Manglitz seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Manglitz</u>, Nos. CR-95-314-S; CA-99-2997-HNM (D. Md. Mar. 15, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>